JOSEPHINE NOON, ADMINISTRATRIX, PLAINTIFF, v. THE DELAWARE, ETC., RAILROAD COMPANY, DEFENDANT.

Submitted October term, 1927—Decided March 10, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and LLOYD.

For the plaintiff, *David A. Veeder*.

For the defendant, *Frederic B. Scott*.

PER CURIAM.

This suit was brought to recover damages under the Death act. Also under the provisions of the United States statute, the "Employers' Liability act."

The trial resulted in a verdict for the plaintiff for $30,000. The rule to show cause allowed the defendant reserves all of the exceptions taken by the defendant upon the trial of the cause. The reasons assigned for a new trial are first, the verdict is excessive; second, the verdict is inordinate, the result of bias or prejudice.

The plaintiff's intestate was twenty-nine years old at the time of his death. He had a life expectancy of thirty-nine years. The widow was twenty-nine years old and their two children were four and six years old, respectively. At the time of the decedent's death, he was contributing from $120 to $140 each month to his wife for the support of herself and their children. He was a man of good habits, health, character and intelligence. He was sober and industrious. We cannot say the verdict is excessive under the evidence in the record.

The rule to show cause is discharged.